# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| TASHONDA TROUPE, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   No. 4:20 CV 1790 RWS |
| | ) |
| ST. LOUIS COUNTY, MISSOURI, et al., | ) |
| | ) |
|    Defendants. | ) |

## MEMORANDUM AND ORDER

For good cause shown and in the interests of justice,

**IT IS HEREBY ORDERED** that the motion for leave to file a second amended complaint [27] is granted, and the second amended complaint [27-1] is deemed filed as of this date.

**IT IS FURTHER ORDERED** that the motions to dismiss the first amended complaint [15, 17] are denied as moot.

                                                                 _____
                                                                 RODNEY W. SIPPEL
                                                                 UNITED STATES DISTRICT JUDGE

Dated this 15th day of April, 2021.