IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TASHONDA TROUPE, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Cause No: 4:20-cv-01790-SRC |
| ) | |
| SAINT LOUIS COUNTY, et al., ) | |
| ) | |
|     Defendants. ) | |

## NOTICE OF APPEAL

NOTICE is hereby provided that Plaintiff Tashonda Troupe appeals to the United States Court of Appeals for the Eighth Circuit from the judgment entered on March 15, 2022 and June 30, 2022, [ECF 70 and 79] which became a final judgment on or about January 6, 2024, [ECF 172 and 173] and the portions of all orders underlying or in support of said judgments. Plaintiff appeals as to all Defendants except Anthony Young and Terrianna Byas.

Dated: December 4, 2023

                                          Respectfully submitted,

                                          */s/ Mark Pedroli*

                                          Mark J. Pedroli, MBE 50787
                                          ***PEDROLI LAW, LLC***
                                          7777 Bonhomme Ave, Suite 2100
                                          Clayton, Missouri 63105
                                          314.669.1817
                                          314-789.7400 Fax
                                          Mark@PedroliLaw.com

                                          ***Attorney for Plaintiff Tashonda Troupe***

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 4, 2024, a copy of the foregoing was transmitted to counsel for Defendants via the Court's electronic filing system.

*/s/ Mark Pedroli*