**FOUUNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DICVISION**

| | | |
|---|---|---|
| **TASHONDA TROUPE, individually** | ) | |
| **and on behalf of LAMAR** | ) | |
| **CATCHINGS, deceased,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Cause No. :4 :20-cv-01790-SRC** |
| | ) | |
| **ST. LOUIS COUNTY, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**FIFTH STATUS REPORT**

The Undersigned Special Master makes the following status report in accordance with the Court's order of April 7, 2026 (Doc. 261).

Since the undersigned's last report, there have been no disputes before the undersigned, and no disputes for the Court's attention.  The parties are scheduled to meet with the undersigned again on July 23, 2026.

Respectfully Submitted,

/s/Stephen Williams
Stephen Williams #50162
Special Master
Kuehn, Beasley & Young, P.C.
23 S. First Street
Belleville, Illinois 62220
swilliams@kuehnlawfirm.com
Phone: 618.277.7260
Fax: 618.277.7718