FOUUNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DICVISION

TASHONDA TROUPE, individually )
and on behalf of LAMAR )
CATCHINGS, deceased, )
)
Plaintiff, )
)
vs. )     **Cause No. :4 :20-cv-01790-SRC**
)
ST. LOUIS COUNTY, et al., )
)
Defendants. )

## SIXTH STATUS REPORT

The Undersigned Special Master makes the following status report in accordance with the Court's order of April 7, 2026 (Doc. 261).

Since the undersigned's last report, there have been no disputes requiring the Court's attention.  The undersigned met with the parties on August 4, 2026.  At that time, the undersigned addressed disputes concerning the County's most recent document production and well as the scheduling of remaining fact depositions. The parties are scheduled to meet with the undersigned again on August 18, 2026.

Respectfully Submitted,

/s/Stephen Williams
Stephen Williams #50162
Special Master
Kuehn, Beasley & Young, P.C.
23 S. First Street
Belleville, Illinois 62220

swilliams@kuehnlawfirm.com
Phone: 618.277.7260
Fax: 618.277.7718