**FOUUNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DICVISION**

| | | |
|---|---|---|
| **TASHONDA TROUPE, individually** | ) | |
| **and on behalf of LAMAR** | ) | |
| **CATCHINGS, deceased,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Cause No. 4:20-cv-01790-SRC** |
| | ) | |
| **ST. LOUIS COUNTY, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**SEVENTH STATUS REPORT**

The Undersigned Special Master makes the following status report in accordance with the Court's order of April 7, 2026 (Doc. 261).

Since the undersigned's last report, there have been no disputes requiring the Court's attention. The undersigned met with the parties on August 21, 2026. At that time, the undersigned addressed disputes concerning the County's production of "malingering" records, production of additional records concerning Defendants Byas & Young, and the parameters of an additional 30(b)(6) deposition. The parties are scheduled to meet with the undersigned again on September 3, 2026.

Respectfully Submitted,

/s/Stephen Williams

Stephen Williams #50162
Special Master
Kuehn, Beasley & Young, P.C.
23 S. First Street

Belleville, Illinois 62220
swilliams@kuehnlawfirm.com
Phone: 618.277.7260
Fax: 618.277.7718