**FOUUNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DICVISION**

| | | |
|---|---|---|
| **TASHONDA TROUPE, individually** | ) | |
| **and on behalf of LAMAR** | ) | |
| **CATCHINGS, deceased,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Cause No. 4:20-cv-01790-SRC** |
| | ) | |
| **ST. LOUIS COUNTY, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**NINTH STATUS REPORT**

The Undersigned Special Master makes the following status report in accordance with the Court's order of April 7, 2026 (Doc. 261).

Since the undersigned's last report, there have been no disputes requiring the Court's attention. The undersigned met with the parties on October 16, 2026. At that time, the undersigned addressed disputes concerning the supplementation/verification of certain of County's discovery responses. The undersigned also addressed disputes concerning the forthcoming 30(b)(6) depositions. The parties are scheduled to meet with the undersigned again on November 3, 2026.

Respectfully Submitted,

/s/Stephen Williams
Stephen Williams #50162
Special Master

Kuehn, Beasley & Young, P.C.
23 S. First Street
Belleville, Illinois 62220
swilliams@kuehnlawfirm.com
Phone: 618.277.7260
Fax: 618.277.7718